# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020

**MEMORANDUM ENDORSED**

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

\* ADMITTED IN NY
\*\*ADMITTED IN NY AND NJ
\*\*\*ADMITTED IN NY AND CT
\*\*\*\*ADMITTED IN NY AND FLA
\*\*\*\*\*ADMITTED IN NY, NJ AND MD

August 28, 2020

**VIA ECF ELECTRONIC FILING**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312

        Re:    **Building Service 32BJ Health Fund, et al. v. Nutrition Mgmt. Servs. Co., Case No. 15-cv-3598**

Dear Judge Woods:

    Our firm is counsel for the Building Service 32BJ Benefit Funds (the "Funds"), the Plaintiffs in the above-referenced matter. Presently, the parties' Pre-Trial Proposed Conclusions of Fact, Conclusions of Law, and Memoranda of Law are due today, August 28, 2020. The parties jointly ask that this deadline, and the deadlines for the parties' responses to said filings, be adjourned for forty-five (45) days. This deadline was previously adjourned once, from July 31, 2020 to August 28, 2020.

    This matter appears extremely close to settlement. This morning, Defendant made a settlement proposal that must be reviewed by the Funds' Trustees. The Trustees meet on or about September 23, 2020, and this proposal will be reviewed at that time. In light of this development, and the high likelihood that this matter will settle, the parties seek this adjournment.

    Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Application granted. The deadline for the parties to submit their pretrial materials is extended to October 15, 2020.

SO ORDERED.

Dated: August 31, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge