USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
BUILDING SERVICE 32 BJ HEALTH  :
FUND,                          :
                               :
                     Plaintiff,:      1:15-cv-03598-GHW
                               :
        -against-            :      <u>ORDER</u>
                               :
NUTRITION MANAGEMENT SERVICES  :
CO., also known as NUTRITION   :
MANAGEMENT SERVICES, INC.,     :
                               :
                    Defendant.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On August 28, 2020, the parties requested an extension of time to file their pretrial submissions, informing the Court that this matter "appears extremely close to settlement." Dkt. No. 108. The Court granted the parties' request, and extended the deadline for the parties' pretrial submissions to October 15, 2020. Dkt. No. 110. The parties did not file the required documents by the deadline established by the Court, nor have they filed a stipulation of dismissal of this action.

       The Court anticipates that the parties have resolved the case, but have inadvertently neglected to file a stipulation of dismissal under F.R.C.P. 41(a)(1)(A)(ii). If that is the case, the parties should submit their stipulation promptly. If no stipulation pursuant to that rule has been filed by January 7, 2022, the parties are directed to file a joint letter to the Court regarding the status of this case. The letter, if required, is due no later than January 10, 2022.

       SO ORDERED.

Dated: January 3, 2022
New York, New York

                                         _____
                                         GREGORY H. WOODS
                                        United States District Judge